# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-cv-80130-SINGHAL

ELMIRAH REID,

    Plaintiff,

v.

OCWEN LOAN SERVICING, LLC,

    Defendant.

_____/

## ORDER ON MOTION TO DISMISS

On April 30, 2020, the Court dismissed *Estate of Derrick Campbell v. Ocwen Loan Servicing, LLC*, No. 20-cv-80057-SINGHAL (S.D. Fla. Apr. 20, 2020). The Court determined the "Speedpay" convenience fee charged by Defendant, an optional service offered along with non-party Western Union, was not part of the debt and, therefore, the plaintiff could not state a claim under the Fair Debt Collection Practices Act ("FDCPA") and Florida Consumer Collection Practices Act ("FCCPA"). Because this case presents nearly identical facts and issues, the Court's ruling in *Estate of Campbell* applies here. Accordingly, it is **ORDERED AND ADJUDGED** as follows: Defendant's Motion to Dismiss (DE [7])) is **GRANTED**. This action is **DISMISSED WITH PREJUDICE**. All pending motions are **DENIED AS MOOT**. The Clerk is directed to **CLOSE** this case.

    **DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 4th day of May 2020.

                                                                          _____
                                                                          RAAG SINGHAL
                                                                          UNITED STATES DISTRICT JUDGE

Copies to counsel via CM/ECF