**BUCKLEY LLP**
LAUREN L. ERKER (State Bar No. 291019)
lerker@buckleyfirm.com
201 Mission Street, 12th Floor
San Francisco, CA 94105
Telephone: (415) 619-3500
Facsimile: (415) 619-3505

VALERIE L. HLETKO (*pro hac vice* pending)
vhletko@buckleyfirm.com
2001 M Street NW, Suite 500
Washington, DC 20036
Telephone: (202) 349-8054
Facsimile: (202) 349-8080

SCOTT T. SAKIYAMA (*pro hac vice* pending)
ssakiyama@buckleyfirm.com
353 N Clark Street, Suite 3600
Chicago, IL 60654
Telephone: (312) 924-9893
Facsimile: (312) 924-9899

Attorneys for Arvest Central Mortgage Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **VALERIE LEMBECK**, *on behalf of herself and all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>**ARVEST CENTRAL MORTGAGE CO.,**<br><br>Defendant. | Case No. 3:20-CV-03277<br><br>**DECLARATION OF THERESA L. MAXWELL IN SUPPORT OF DEFENDANT ARVEST CENTRAL MORTGAGE CO.'S MOTION TO DISMISS**<br><br>**Honorable Vince Chhabria**<br>**Date: October 1, 2020**<br>**Time: 10:00 a.m.**<br>**Ctrm: 4**<br><br>**Complaint Filed: May 14, 2020** |

Case No. 3:20-CV-03277
DECL. OF THERESA L. MAXWELL ISO DEF. ARVEST CENTRAL MORTGAGE CO.'S MOTION TO DISMISS

I, Theresa L. Maxwell, declare as follows:

1. The following facts are of my own personal knowledge or from my review of business records kept in the ordinary course of business by Arvest Central Mortgage Company ("Arvest"), and if called as a witness I could and would testify competently as to their truth.

2. I am the Mortgage Compliance Senior Manager at Arvest. In that capacity, I am familiar with the business records of Arvest pertaining to the matters discussed herein, including Arvest's business records related to Plaintiff Valerie Lembeck. I am also familiar with the processes for mortgage borrowers to make mortgage payments by phone through an Interactive Voice Response ("IVR") system.

4. Attached as **Exhibit A** is a true and correct copy of the Note, dated September 30, 2002, and referenced in Exhibit A to the Complaint.

5. Arvest offers borrowers several methods for making mortgage payments at no cost, including by mail, through Automated Clearing House transfer, through their banks' bill pay systems, or in person at any branch. Borrowers may also make their payments using IVR. Arvest charges a $5 fee for this service.

6. I understand that Ms. Lembeck alleges that she made her February 1, 2020 mortgage payment by phone using Arvest's IVR payment method on February 12, 2020. Ms. Lembeck could not have made her payment at that time without following the process set out below.

7. To make one-time mortgage payments on their accounts, customers called the Arvest Customer Service Department phone number and were then asked to input the last four digits of their social security numbers. If customers did not have this information, they were asked to remain on the line and, if their account could not otherwise be identified, they could not proceed to make a payment.

8. Next, if the customers' accounts were identified, they were presented with the option of making a payment. To make a payment, customers were required to press "2."

9. Customers were then informed of the date when their last payment was received. Customers then had to press "1" to make a payment by phone.

10. Next, customers were informed that they were being transferred to the "payment center" and that "a convenience fee will be assessed." They then had to press "1" to confirm their request for payment.

11. Customers were then informed of their total amounts due and their current balances and due dates. They then had to press "1" to pay the current amount or "2" to enter an amount.

12. Customers next had to press "1" to pay with a checking account or "2" for a savings account.

13. Customers were then required to enter their bank routing and account numbers and to press "1" to confirm each number.

14. Customers were then asked to confirm that they wanted to make a payment that "includes a fee of $5.00" and were required to press "1" to confirm.

15. Customers were then informed that their payments had been processed.

16. Attached as **Exhibit B** is a true and correct transcript of the IVR prompts that Ms. Lembeck would have heard when making her monthly mortgage payment on February 12, 2020.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 7, 2020          By: _____
                                         Theresa L. Maxwell

---

3                                                                      Case No. 4:20-CV-03277
DECL. OF THERESA L. MAXWELL ISO DEF. ARVEST CENTRAL MORTGAGE CO.'S MOTION TO DISMISS