# EXHIBIT B

**Automated Voice:** Welcome to Arvest Central Mortgage Company. Para continuar en español oprima 8. Enter the last four digits of the borrower's social security number, followed by the pound sign. If you do not have this information, please remain on the line.

[*Customer enters last four digits of social security number.*]

**Automated Voice:** To more efficiently direct your call, please enter your loan number followed by the pound sign. If you do not have this information, simply press pound.

[*Customer enters loan number.*]

**Automated Voice:** If you know your party's extension, dial 1 and then the number. For questions about payments or to make a payment, press 2. For refinancing, payoff – [*audio skips*].

[*Customer presses 2.*]

**Automated Voice:** Your last payment was received on [*date*]. To make a payment by phone, press 1. To request a payoff by mail, press 2.

[*Customer presses 1.*]

**Automated Voice:** We will now transfer you to the payment center. Please note that a checking or savings account is required, and a convenience fee will be assessed. Payments must be processed by 8:00 p.m. Central time for same day credit. To confirm this request, press 1. To repeat this message, press pound. To return to the prior menu, press star.

[*Customer presses 1.*]

**Automated Voice:** One moment please. Your total due is [*amount*]. Your current balance is [*amount*], and is due for [*date*]. Press 1 to pay the current amount. Press 2 to enter an amount. Press pound to repeat this message.

[*Customer presses 1.*]

1

2

**Automated Voice:** Press 1 to use a checking account or press 2 for a savings account. Press pound to repeat.

[*Customer presses 1.*]

**Automated Voice:** Please enter your nine digit bank routing number.

[*Customer enters routing number.*]

**Automated Voice:** One moment please. You entered [*number*]. Press 1 if this is correct or press 2 to reenter.

[*Customer presses 1.*]

**Automated Voice:** Please enter your checking account number followed by the pound sign.

[*Customer enters account number.*]

**Automated Voice:** You entered [*number*]. Press 1 if this is correct or press 2 to reenter.

[*Customer presses 1.*]

**Automated Voice:** Would you like to make a payment of [*amount*]? The amount includes a fee of $5.00. To confirm, press 1. Press pound to repeat this message.

[*Customer presses 1.*]

**Automated Voice:** One moment please. Your payment has been processed. The tracking number is [*number*]. Press pound to repeat. If you are finished, you may simply hang up.